IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAKEEM WILLIAMS** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-1620 |
| | : | |
| **CURTIS GRICE,**[1] **et al.** | : | |

**ORDER**

This 8th day of January, 2024, upon careful and independent consideration of Hakeem Williams' amended petition for writ of habeas corpus (ECF 5), and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid (ECF 27),[2] it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The amended petition for a writ of habeas corpus is **DENIED** and **DISMISSED**;

3. A certificate of appealability shall not issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of this ruling. 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Gerald Austin McHugh
United States District Judge

---

[1] Williams originally named as a defendant the Court of Common Pleas of Philadelphia County. However, Curtis Grice, the Acting Superintendent of SCI-Benner Township, where Williams is incarcerated, is the correct party to name as a defendant. Rule 2(a) of Rules Governing §2254 Cases.

[2] Mr. Williams did not file objections to Magistrate Judge Reid's Report and Recommendation.